■ In the Matter of WALDBAUM's #122, INC., Respondent, v BOARD OF ASSESSORS OF CITY OF MOUNT VERNON et al., Appellants. — In a proceeding pursuant to article 7 of the Real Property Tax Law to review an assessment, for purposes of taxation, of certain real property for the tax year 1977/1978, the Board of Assessors and the Board of Assessment Review of the City of Mount Vernon appeal from an order of the Supreme Court, Westchester County (Sullivan, J.), entered July 8, 1982, which denied their motion to dismiss the proceeding on the ground that petitioner failed to file a note of issue within four years from the date of service of the petition (see Real Property Tax Law, § 718). Order reversed, on the law, with $50 costs and disbursements, motion granted and proceeding dismissed. The text, purpose and legislative history of section 718 of the Real Property Tax Law mandate the conclusion that petitioner's failure to file a note of issue within four years of the date of service of the petition or to obtain *within that period* a stipulation or court order extending its time to file, resulted in a conclusive presumption that the proceeding had been abandoned. (See *Matter of Kuhl v Hubbard*, 93 Misc 2d 1058, 1063 ["automatic dismissal"]; *Kohn v Myers*, 266 F2d 353, 357.) Under the circumstances, the proceeding could not be revived or petitioner's time extended by virtue of settlement discussions conducted after the four-year period had run. Titone, J. P., Weinstein, Gulotta and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY CALLAWAY, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Seidell, J.), rendered January 6, 1981, convicting him of burglary in the third degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Lazer, J. P., Mangano, Gibbons and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW GREENAFAGE, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Collins, J.), imposed August 7, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., O'Connor, Thompson and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA HARDEE, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Rubin, J.), rendered July 7, 1981, convicting her of assault in the second degree, upon her plea of guilty, and imposing sentence. Judgment affirmed. We have examined the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal (see *Anders v California*, 386 US 738; cf. *People v Gonzalez*, 47 NY2d 606). Counsel's application to be relieved of her assignment is granted. Lazer, J. P., Thompson, Bracken and Boyers, JJ., concur.